**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBLOX CORPORATION | |
| Plaintiff, | Civil Action No.: 1:23-cv-14818 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | 7christy |
| 20 | chenlo63 |
| 90 | nainysy |
| 223 | Chong |
| 2 | 3adgstore |
| 10 | bonvoyage555 |
| 246 | Yangzhou guan yue houseware Co., Ltd. |
| 203 | SAYBZ Store |
| 10 | bonvoyage555 |
| 87 | massnar |
| 4 | amtlike |
| 186 | fengleidebeimeidianpu |
| 220 | Beauare |

DATED: January 28, 2024          Respectfully submitted,

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt (Bar No. 6207971)
                                                 Keith Vogt, Ltd.
                                                 33 W. Jackson Blvd., #2W
                                                 Chicago, Illinois 60604
                                                 Telephone:312-971-6752
                                                 E-mail: keith@vogtip.com

                                                 ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 28, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt